***Pop Top Corp. v. Rakuten Kobo Inc.*, No. 21-2174**
**Exhibits to Appellee's Motion for Sanctions Under Fed. R. App. P. 38**

## <u>TABLE OF CONTENTS</u>

**Page**

**Exhibit A** – Declaration of Joshua L. Raskin In Support of
Appellee's Motion for Sanctions Under Fed. R. App. P. 38 ...................................001

    **Exhibit 1 –** Order on Defendant's Motion for Attorneys'
    Fees and Costs, *Pop Top Corp. v. Rakuten Kobo Inc.*,
    No. 20-cv-04482 (N.D. Cal. Jan. 28, 2022).......................................................009

    **Exhibit 2 –** July 29, 2021 email from Joshua L. Raskin
    to Matt Wawrzyn and Todd Atkins .................................................................024

    **Exhibit 3 –** April 19, 2022 email receipt from
    etickets@amtrak.com.........................................................................................026

    **Exhibit 4** – Biographies of Greenberg Traurig attorneys ...............................032

    **Exhibit 5** – Excerpt from AIPLA 2019 Report of the
    Economic Survey ..............................................................................................050

    **Exhibit 6** – May 18, 2022 email exchange between Matt
    Wawrzyn and Joshua L. Raskin........................................................................056

**Exhibit B** – Order on Defendant's Motion for Summary
Judgment of Non-Infringement, *Pop Top Corp. v. Rakuten
Kobo Inc.*, No. 20-cv-04482 (N.D. Cal.) (Appx1-11) ...........................................060